Form 3-1

**UNITED STATES COURT OF INTERNATIONAL TRADE**　　　　FORM 3

| | |
|---|---|
| OCTAL INC.,<br>OCTAL SAOC-FZS,<br><br>　　　　　　　　　　Plaintiffs,<br><br>　　　　　v.<br><br>UNITED STATES,<br><br>　　　　　　　　　　Defendant. | **SUMMONS**<br><br>**Court No.  20-03697** |

**TO:**　　The Attorney General, and the U.S. Department of Commerce

　　**PLEASE TAKE NOTICE** that a civil action has been commenced pursuant to 28 U.S.C. § 1581(c) to contest the U.S. Department of Commerce's determination described below.

　　　　　　　　　　　　　　　**/s/ Mario Toscano**
　　　　　　　　　　　　　　　Clerk of the Court

---

1. Plaintiff OCTAL Inc., is an importer of the subject merchandise. Plaintiff OCTAL SAOC-FZS is a foreign producer and exporter of subject merchandise. Plaintiffs fully participated as interested parties within the meaning of 19 U.S.C. § 1677(9)(A) in the proceeding before the U.S. Department of Commerce ("Commerce Department") that resulted in the contested determination. Plaintiffs have standing to commence this action pursuant to 19 U.S.C. § 1516a(d) and 28 U.S.C. § 2631(c).
   (Name and standing of plaintiff)

2. Plaintiffs contest the Commerce Department's determination as published in *Polyethylene Terephthalate Sheet from the Sultanate of Oman: Final Determination of Sales at Less Than Fair Value*, 85 Fed. Reg. 44,278 (Jul. 22, 2020); *Anti-Dumping Duty Order*, 85 Fed. Reg. 55,824 (Sep. 10, 2020)
   (Brief description of contested determination)

3. July 16, 2020 (Date of Commerce's Issues and Decision Memorandum)
   (Date of determination)

1

4. *Antidumping Duty Order*, 85 Fed. Reg. 55,824 (Sep. 10, 2020)

(If applicable, date of publication in Federal Register of notice of contested determination)

/s/ Daniel L. Porter

Daniel L. Porter

Curtis, Mallet-Prevost, Colt & Mosle LLP
1717 Pennsylvania Ave. N.W.
Washington, D.C. 20006
Tel. (202) 452-7373

*Counsel for Plaintiffs*

September 29, 2020

**SERVICE OF SUMMONS BY THE CLERK**

This Summons is being served on the following:

Attorney General of the United States
Attorney-in-Charge
International Trade Field Office
**U.S. DEPARTMENT OF JUSTICE**
Civil Division
26 Federal Plaza
New York, NY 10278

The Honorable Wilbur L. Ross Jr.
c/o Robert Heilferty, Esq.
Chief Counsel for Trade Enforcement and Compliance
**U.S. DEPARTMENT OF COMMERCE**
14th Street and Constitution Avenue, N.W.
Washington, DC 20230

Supervisory Attorney
Civil Division
Commercial Litigation Branch
**U.S. DEPARTMENT OF JUSTICE**
P.O. Box 480
Ben Franklin Station
Washington, DC 20444

**/s/ Mario Toscano**
Clerk of the Court