# UNITED STATES COURT OF INTERNATIONAL TRADE

BEFORE:  THE HONORABLE TIMOTHY M. REIF, JUDGE

| | |
|---|---|
| OCTAL, INC.,<br>OCTAL SAOC-FSZ, | ) )<br>) |
| Plaintiffs, | ) ) ) |
| v. | ) Court No. 20-03697 ) |
| UNITED STATES, | ) ) |
| Defendant, | ) ) |
| and | ) ) |
| ADVANCED EXTRUSIONS, INC., *et al* | ) ) |
| Defendant-Intervenors. | ) ) |

## ORDER

Upon consideration of the defendant's motion for voluntary remand, and any opposition thereto, it is hereby ORDERED that the motion is granted; and it is further

ORDERED that the case is remanded to Commerce to allow interested parties to comment, consider interested parties' arguments on the issue of affiliation, and, if appropriate, to reconsider its finding of affiliation and resulting dumping calculations; and it is further

ORDERED that Commerce shall file its remand redetermination with the Court no later than 90 days after the date of this order; and it is further

ORDERED that parties shall file their comments on the remand redetermination, if any, no later than 30 days after Commerce files its remand redetermination and any response to the comments shall be filed no later than 30 days after the comments are filed; and it is further

1

2

ORDERED that all other briefing in this case is stayed until further notice.


Dated:   April 30, 2021                                   /s/ Timothy M. Reif
              New York, New York                                Timothy M. Reif, Judge