# UNITED STATES COURT OF INTERNATIONAL TRADE

BEFORE: THE HONORABLE TIMOTHY M. REIF, JUDGE

_____

| | |
|---|---|
| OCTAL, INC., <br> OCTAL SAOC-FSZ, <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES, <br><br> Defendant, <br><br> and <br><br> ADVANCED EXTRUSIONS, INC., *et al* <br><br> Defendant-Intervenors. | Court No. 20-03697 |

_____

## ORDER

Upon consideration of defendant's Motion For Leave To File A Reply In Support Of Defendant's Motion For Voluntary Remand, it is hereby

**ORDERED** that the motion is granted; and it is further

**ORDERED** that the Reply In Support Of Defendant's Motion For Voluntary Remand is deemed filed.

**SO ORDERED**:

/s/ Timothy M. Reif
Judge

Dated: April 30, 2021

New York, NY

4