# UNITED STATES COURT OF INTERNATIONAL TRADE

*Before*: The Honorable Judge Timothy M. Reif

| | |
|---|---|
| OCTAL Inc. and OCTAL SAOC-FSZ | )<br>)<br>) |
| Plaintiffs, | )<br>) |
| v. | )<br>) |
| United States | )   Court No. 20-03697<br>) |
| Defendant, | )<br>) |
| Advanced Extrusion, Inc. *et al* | )<br>) |
| Defendant-Intervenors. | )<br>) |

## STIPULATION OF DISMISSAL

**PLEASE TAKE NOTICE**, that plaintiffs, pursuant to Rules 41(a)(1)(A)(ii) and 56.2(g) of the Rules of the United States Court of International Trade, having filed a stipulation of dismissal signed by all parties who have appeared in this action, hereby dismisses this action listed on the attached schedule.

Dated: February 3, 2023

/s/ Daniel L. Porter

Daniel L. Porter
Curtis, Mallet-Prevost, Colt & Mosle LLP
1717 Pennsylvania Avenue, NW
Suite 1300
Washington, DC 20006
Telephone: (202) 452-7325
Email: dporter@curtis.com

*Counsel to Plaintiffs*

- 2 -

<u>/s/ Eric J. Singley</u>

Eric J. Singley
U.S. Department of Justice
Commercial Litigation Branch
P.O. Box 480, Ben Franklin Station
Washington, DC 20044
Telephone: (202) 616-1273
Email: eric.j.singley@usdoj.gov

*Counsel to Defendant*

<u>/s/ Paul Charles Rosenthal</u>

Paul Charles Rosenthal
Kelley Drye & Warren, LLP
3050 K Street, N.W., Suite 400
Washington, DC 20007
Telephone: (202) 342-8485
Email: prosenthal@kelleydrye.com

*Counsel to Defendant-Intervenors*

**Schedule to Stipulation of Dismissal**

| Court Number | Plaintiff(s) Names |
|---|---|
| Court No. 20-03697 | OCTAL INC. and OCTAL SAOC-FZS |

Order of Dismissal

This action, having been voluntarily stipulated for dismissal by all parties having appeared in the action, is dismissed.

Dated: _____

Clerk, U.S. Court of International Trade

By: _____
Deputy Clerk